NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAGASE & CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1008

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00574-SAV, Judge Stephen A. Vaden.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                     NAGASE & CO., LTD. V. US

(2)  Each side shall bear their own costs.

FOR THE COURT

February 3, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 3, 2025